UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| SHARON CASTRILLON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:11-cv-0430-WTL-DML |
| | ) | |
| ST. VINCENT HOSPITAL AND HEALTH | ) | |
| CARE CENTER, INC., STEVEN GERKE, | ) | |
| MARIA ESPINOZA, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON**
**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

This matter came before the Court on the parties' Joint Stipulation of Dismissal with Prejudice, and the Court, having considered the same and being duly advised, now finds as follows:

IT IS ORDERED, ADJUDGED AND DECREED that this matter shall be, and hereby is, dismissed with prejudice, with each party to bear its/her own costs and attorneys' fees.

ALL OF WHICH IS ORDERED this 8th day of June, 2015.

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

DISTRIBUTION TO:

All ECF-registered counsel of record via email generated by the Court's ECF system